UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVSISION

| | |
|---|---|
| KEVIN MOFFIT and KEVIN MEYERS, as the representatives of a class of similarly situated persons, and on behalf of the MyMichigan Health 403(b) Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>MYMICHIGAN HEALTH AND THE MYMICHIGAN HEALTH PENSION GOVERNANCE AND ADMINISTRATIVE COMMITTEE,<br><br>Defendants. | Case No. 1:25-cv-10761-TLL-PTM |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Kevin Moffit and Kevin Meyers jointly with Defendant MyMichigan Health and the MyMichigan Health Pension Governance and Administrative Committee (collectively, "Parties") respectfully give notice to the Court that they have reached a settlement on a class-wide basis. Counsel for the Parties are in the process of preparing and finalizing a Settlement Agreement and Motion for Preliminary Approval, which will be filed on or before February 27, 2026.

Date: December 15, 2025

| **JACKSON LEWIS P.C.** | **ENGSTROM LEE LLC** |

/s/ Howard Shapiro
Howard Shapiro (LA Bar No. 11968)*
Charles F. Seemann
(LA Bar No. 23933)*
Ryan M. Tucker
(LA Bar No. 38922)**
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone: (504) 208-1755
Howard.Shapiro@Jacksonlewis.com
Charles.Seemann@Jacksonlewis.com
Ryan.Tucker@Jacksonlewis.com

Katherine J. Van Dyke (P62806)
2000 Town Center, Suite 1650
Southfield, MI 48075
Telephone: (248) 936-1900
Katherine.vandyke@jacksonlewis.com

*Admitted in E.D. Mich.
**Motion for Admission forthcoming

**ATTORNEYS FOR DEFENDANTS**

/s/ Jennifer K. Lee
Jennifer K. Lee, MN Bar No. 399012*
Carl F. Engstrom, MN Bar No. 396298*
323 N. Washington Ave., Suite 200
Minneapolis, MN 55401
Telephone: (612) 305-8349
Facsimile: (612) 677-3050
jlee@engstromlee.com
cengstrom@engstromlee.com

**THE JAMES WHITE FIRM LLC**
James H. White IV, AL Bar No. 3611I58J**
2100 Morris Avenue
Birmingham, AL 35203
Telephone: (205) 317-2551
james@whitefirmllc.com

*Admitted in E.D. Mich.
** Application for Admission forthcoming

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 15, 2025, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

/s/Jennifer K. Lee
Jennifer K. Lee